No. 1218. **Wallingford & Russell** v. **Benson,** April Term, 1882. Order dismissing an appeal with costs from an order refusing a motion to vacate an order of arrest, the bond given by the appellant under the order of arrest having been voluntarily cancelled by respondent during the pendency of the appeal. ORDER by the CHIEF JUSTICE, May 25th, 1882.